65 A.3d 255

IN THE MATTER OF SETH I. DAVENPORT, A FORMER JUDGE OF THE MUNICIPAL COURT.

May 23, 2013.

### ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **SETH I. DAVENPORT,** a former Judge of the Municipal Court of the Township of Montville, be publicly reprimanded for violating *Canon* 1 (a judge should personally observe high standards of conduct so the integrity and independence of the Judiciary may be preserved) and *Canon* 2A (a judge should act at all

times in a manner that promotes public confidence in the integrity and impartiality of the Judiciary) of the *Code of Judicial Conduct,* and *Rule* 1:15–1(b) (a municipal court judge shall not act as attorney for the municipality or any of the municipalities wherein he is serving or as attorney for any agency or officer thereof);

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **SETH I. DAVENPORT,** a former Judge of the Municipal Court of the Township of Montville, is hereby publicly reprimanded.